**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
DAVENPORT DIVISION

_____

| | | |
|---|---|---|
| **KAREN SUE MARSHALL** | ) | **CASE NO. 3:17-cv-00031-SMR-SBJ** |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| **ONEMAIN FINANCIAL OF AMERICA, INC.** | ) | |
| Defendant. | ) | |

_____

May it please this Honorable Court. Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41(a)(2), comes now Plaintiff KAREN SUE MARSHALL and defendant OneMain Financial Group, LLC, successor in in interest to OneMain Financial, Inc. and mistakenly named by Plaintiff as ONEMAIN FINANCIAL OF AMERICA, INC., by and through their respective counsel of record in the above-titled action and hereby stipulate to the dismissal of this entire action with prejudice. Plaintiff will pay outstanding court costs at time of dismissal, if any.

Respectfully submitted,

By   */s/ Paul D. Gandy*  
    Paul D. Gandy  
    GANDY LAW OFFICES, P.C.  
    500 North 3rd St., Ste. 110  
    Fairfield, Iowa 52556

By   */s/Lance W. Lange*  
    Lance W. Lange  
    FAGRE BAKER DANIELS LLP  
    33rd Floor  
    601 Grand Avenue  
    Des Moines, IA 50309

| | |
|---|---|
| Ph. No. (641) 472-7762<br>Fax No. (641) 472-7732 | Ph. No. (515) 447-4725 |
| E-mail:<br>pgandy@gandylawoffices.com | E-mail:<br>Lance.Lange@FaegreBD.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, I filed electronically a copy of the foregoing in accordance with the court's electronic filing guidelines. Notice and service of this filing will be sent to all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

By  /s/ *Paul D. Gandy*